## JAMES CARTRIGHT *versus* REUBEN HAMILTON

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Motion to assign errors, or judgment, granted *p. 482. *Journal 4:* (2) Dismissed MS p. 34.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allowance; (2) writ of certiorari and return; (3) assignment of errors; (4) joinder in error. *1824–36 Calendar*, MS p. 16.